IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Angelica R., ) | |
| ) | |
| Plaintiff, ) | Case No. 21 C 50369 |
| ) | |
| v. ) | Hon. Philip G. Reinhard |
| ) | |
| Kilolo Kijakazi, ) | Magistrate Judge Lisa A. Jensen |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

### ORDER

    This matter comes before the court on the January 6, 2023 Report and Recommendation ("R&R") [23] of Magistrate Judge Jensen recommending that plaintiff's motion for summary judgment be granted, the Commissioner's motion be denied, and the ALJ's decision be reversed and remanded for further proceedings. The court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. *See* Fed. R. Civ. P. 72(b)(3). The court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). In this case, any objections were required to be filed by January 20, 2023. No objections have been received by this court. The court has reviewed the record in this case and finds that the R&R is not clearly erroneous. Accordingly, the court adopts in its entirety Magistrate Judge Jensen's R&R and grants plaintiff's motion for summary judgment, denies the Commissioner's motion, and reverses and remands the ALJ's decision for further proceedings consistent with this opinion. The Clerk is directed to enter final judgment.

Date: 2/13/2023                            ENTER:

                                                *Philip G. Reinhard*
                                        United States District Court Judge

                                                    Electronic Notices.